

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00251-CV

**CHW-LATTAS CREEK, L.P.** by GP Alice Lattas Creek, L.L.C.,
Appellant

v.

**CITY OF ALICE**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-01-56785-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, City of Alice, recover its costs of this appeal from CHW-Lattas Creek, L.P. by GP Alice Creek Lattas, L.L.C.

SIGNED October 31, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice